UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
GRENWAY CAPITAL CORPORATION,                            :
:
                         Plaintiff,        :        20-CV-9130 (JMF)
:
       -v-                                                      :                 ORDER
:
TRUECHOICE SOLUTIONS, INC.,                              :
:
                        Defendant.        :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 25, 2021, the Court received a voicemail from Plaintiff's counsel seeking clarification of the Court's Order of earlier today, ECF No. 23, granting the parties' joint extension request. For avoidance of doubt, Plaintiff's deadline to file an amended complaint or an opposition to Defendant's motion to dismiss is extended to February 10, 2021, regardless which option Plaintiff chooses. If Plaintiff files an amended complaint, the *subsequent* dates and deadlines set forth in the Court's Order of January 6, 2021, ECF No. 21, remain in effect. That is, if Plaintiff files an amended complaint (no later than February 10, 2021), by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. As previously stated, if Plaintiff files an opposition to the pending motion to dismiss, Defendant shall file any reply no later than February 17, 2021. *See* ECF No. 23.

       SO ORDERED.

Dated: January 25, 2021
       New York, New York
                                                        JESSE M. FURMAN
                                                    United States District Judge